UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,    Cr. No. 22-mj-30289

v.

              Hon. Anthony P. Patti

BENJAMIN MICHAEL JONES,

    Defendant.
_____/

**STIPULATED ORDER
TO ALLOW JONES TO OPERATE BOAT FOR LIMITED PURPOSE**

  NOW COME the parties, through their counsel, and respectfully request this Honorable Court, pursuant to 18 U.S.C. §3142 (c), to enter an order allowing Benjamin Jones to operate his boat for limited the purpose of getting the tank on his boat pumped and to put the boat in storage for the winter. Boating season is coming to an end for the year and although Mr. Jones has not been operating his boat, it nevertheless requires routine maintenance such as tank pumping and storage. Mr. Jones' Pre-Trial Services officer has been notified and has no objection this request. The boat must be operated and removed from the water in order to be stored. Mr. Jones has been on bond since June 30, 2022, without incident. All other bond conditions shall remain in full effect.

1

       **IT IS SO STIPULATED**.

/s/Timothy Wyse
TIMOTHY WYSE
Assistant U.S. Attorney
211 W. Fort Street, Suite 2001
Detroit, MI 48226
(313) 226-9144


/s/Casey Swanson
CASEY SWANSON
Assistant Federal Defender
613 Abbott Street, Suite 500
Detroit, MI 48226
(313) 967-5542

Dated: October 24, 2022


       **IT IS SO ORDERED**.

                                                  UNITED STATES MAGISTRATE JUDGE


Entered: October 25, 2022